**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIE PAUL VIGIL, JR., | No. 2:20-CV-1048-WBS-DMC-P |
| Petitioner, | |
| v. | ORDER |
| JOE A. LIZARRAGA, | |
| Respondent. | |

Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court are Petitioner's motions for the appointment of counsel (ECF Nos. 2 and 15).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motions for appointment of counsel (ECF Nos. 2 and 15) are denied without prejudice to renewal, at the earliest, after a response to the petition has been filed.

Dated: October 20, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE