IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE PAUL VIGIL, JR., | No. 2:20-CV-1048-WBS-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| JOE A. LIZARRAGA, | |
| Respondent. | |

   Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court are Petitioner's motions (ECF Nos. 18 and 19) seeking a ruling on his amended petition, filed on July 24, 2020. Petitioner's motions are premature because the Respondent has not yet been served with the amended petition or filed a response thereto. Accordingly, Petitioner's motions for a ruling (ECF No. 18 and 19) are denied.

   IT IS SO ORDERED.

Dated:  October 20, 2020

                           DENNIS M. COTA
                           UNITED STATES MAGISTRATE JUDGE